```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT

DIHEIM YOUNG,                         :
                 Plaintiff,           :
                                      :
      v.                              : Docket No. 2:16-CV-143
                                      :
DEPARTMENT OF CORRECTIONS,            :
MEDICAL STAFF CORRECTIONS             :
OFFICERS, NORTHWEST STATE             :
CORRECTIONAL FACILITY,                :
                 Defendants.          :
```

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 6, 2016. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motion to dismiss (Doc. 5) is GRANTED. It is further ordered that Young be allowed 30 days in which to file an amended complaint.

Dated at Burlington, in the District of Vermont, this 2nd day of November, 2016.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge