```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                         DISTRICT OF VERMONT
```

DIHEIM YOUNG,                         :
                  Plaintiff,          :
                                      :
     v.                               : Docket No. 2:16-CV-143
                                      :
DEPARTMENT OF CORRECTIONS,            :
MEDICAL STAFF CORRECTIONS             :
OFFICERS, NORTHWEST STATE             :
CORRECTIONAL FACILITY,                :
                  Defendants.         :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed August 23, 2017. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The plaintiff's Motion for Extension of Time to Amend Complaint (Doc. 14) is DENIED. In addition, the plaintiff's Motion to Appoint Counsel (Doc. 16) is DENIED.

Dated at Burlington, in the District of Vermont, this 26th day of September, 2017.

<u>/s/ William K. Sessions III</u>
William K. Sessions III
District Court Judge